UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES S. ETENBURN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 4:11 CV 1181 RWS |
| | ) |
| JEFF NORMAN, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for Reconsideration [#25]. Petitioner argues that the Court erred in denying his application for writ of habeas corpus.

"Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence." Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir.1988) (quoting Rothwell Cotton Co. v. Rosenthal & Co., 827 F.2d 246, 251 (7th Cir.), as amended, 835 F.2d 710 (7th Cir.1987)).

Petitioner's motion merely reasserts his arguments from his Section 2254 petition. Petitioner does not assert manifest errors of law or fact and does not present newly discovered evidence. As a result, his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED that** Petitioner's Motion for Reconsideration [#25] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2012.